UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD NELSON ) | |
|     PLAINTIFF, ) | CIVIL ACTION NO.: |
| ) | 4:12-cv-1306 |
| ) | |
| VS. ) | JURY TRIAL DEMANDED |
| ) | |
| GC SERVICES LIMITED ) | UNLAWFUL DEBT |
| PARTNERSHIP ) | COLLECTION PRACTICES |
|     DEFENDANT ) | |

## COMPLAINT FOR DAMAGES

### INTRODUCTION

1. This is an action for damages against the Defendant for violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

### SUBJECT MATTER JURISDICTION

2. Subject matter jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d)and 28 U.S.C. § 1337 (federal question jurisdiction).

### PARTIES AND PERSONAL JURISDICTION

3. Plaintiff is a resident of this state who is authorized by law to bring this action.

4. Defendant GC SERVICES LIMITED PARTNERSHIP is a limited partnership organized pursuant to the laws of the state of Delaware doing business in the state of Missouri (hereinafter, said Defendant is referred to as "GCS").  GCS's registered agent in the State of Missouri is CT Corporation System, 120 South Central, Clayton, Missouri 63105.

5. GCS may be served by personal or substitute service pursuant to the Federal Rules of Civil Procedure and, as applicable, the laws of the state of Missouri.

**FACTS COMMON TO ALL CAUSES**

6. GCS uses telephone communications in its business.

7. The principal purpose of GCS's business is the collection of debts.

8. GC regularly collects or attempts to collect debts owed or due, or asserted to be owed or due to another individual or entity.

9. GC is a debt collector subject to the provisions of the Fair Debt Collection Practices Act.

10. In the course of attempting to collect a debt allegedly due from Plaintiff to another business not a party to this litigation, GCS communicated with Plaintiff in a manner which violated the Federal Fair Debt Collection Practices Act.

11. GCS left a series of voice messages for Plaintiff on his residential phone voice message system in the period of time spanning from December 28, 2011 through January 30, 2012.

12. In all of the voice messages, GCS failed to give meaningful disclosure of its identity.

13. In each of the voice messages, GCS failed to state that the communication was from a debt collector.

14. In each of the voice messages, GCS failed to state that the communication was an attempt to collect a debt.

15. Defendant's communications violate the Fair Debt Collection Practices Act.

16. Plaintiff has complied with all conditions precedent to bring this action.

## CAUSE OF ACTION

## FAIR DEBT COLLECTION PRACTICES ACT

17. The acts of Defendant constitute violations of the Fair Debt Collection Practices Act.

18. Defendant's violations of the FDCPA include, but are not limited to, the following:

   a. The placement of telephone calls without meaningful disclosure of the caller's identity, in violation of 15 U.S.C. § 1692d(6);

   b. The use of any false, deceptive, or misleading representations or means in connection with the collection of any debt, in violation of 15 U.S.C. § 1692e;

   c. The use of any false representation or deceptive means to collect or attempt to collect any debt, in violation of 15 U.S.C. § 1692e(10); and

   d. The failure to make the disclosures in all communications, in violation of 15 U.S.C. § 1692e(11).

19. As a result of the Defendant's actions, the Plaintiff is entitled to an award of statutory damages, as well as an award of costs and attorney's fees.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A.  Statutory damages pursuant to 15 U.S.C. § 1692k;

B.  Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k;

C.  For such other and further relief as may be just and proper.

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

/s/ Richard Nelson
**Richard Nelson**

Respectfully submitted,

**HEALEY LAW, LLC**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 34138MO
640 Cepi Drive, SuiteA
Chesterfield, MO 63005
Telephone:	(636) 536-5175
Fax:	(636) 590-2882
Email:	bob@healeylawllc.com
Counsel for Plaintiff